UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROY AUZENNE,

    Plaintiff,

v.                                             Case No: 2:17-cv-708-FtM-38MRM

SYNCHRONY BANK,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Joint Motion to Stay Pending Arbitration. (Doc. 14). The parties agree to submit all claims in this suit to arbitration per their arbitration agreement. Upon consideration of the parties' request and applicable law, the Court will compel binding non-judicial arbitration and stay this case.

Accordingly, it is now

**ORDERED:**

(1) The Joint Motion to Stay Pending Arbitration (Doc. 14) is **GRANTED**.

(2) All proceedings in this case are **STAYED** until the parties advise the Court that arbitration has been completed and that the stay is due to be lifted or the case is due to be dismissed. The parties must notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(3) The parties are **DIRECTED** to file a joint report regarding the status of arbitration on or before **May 21, 2018**, and every ninety (90) days afterward until arbitration concludes.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of February 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2